UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:23-cr-00490 |
| | : | |
| Plaintiff, | : | |
| | : | **DECLARATION OF TIMOTHY M.** |
| vs. | : | **DONOHUE IN SUPPORT OF MOTION** |
| | : | **TO APPEAR PRO HAC VICE** |
| ROBERT MENENDEZ, et al, | : | |
| | : | |
| Defendants. | : | |
| | : | |

TIMOTHY M. DONOHUE declares pursuant to 28 U.S.C. § 1746:

1. I submit this Declaration pursuant to Local Rule 1.3 in support of my motion to appear *pro hac vice* in the above-captioned matter.

2. I am a partner with the law firm of Arleo & Donohue, LLC. My business address is 622 Eagle Rock Avenue, West Orange, NJ, 07502; Tel: (973) 736-8660; Fax: (973) 736-1712. My email address is tim.donohue@arleodonohue.com.

3. I am an attorney at law and a member in good standing of the bar of the State of New Jersey. True and correct copies of my Certificate of Good Standing issued by the bar of the State of New Jersey within the past 30 days is attached hereto at Exhibit A.

4. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary complaints against me and I have never been the subject of any disciplinary matter.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2023

                              Respectfully submitted,

                              ARLEO & DONOHUE, LLC.

                              By:  /s/ Timothy M. Donohue
                                    Timothy M. Donohue
                                    622 Eagle Rock Avenue
                                    West Orange, NJ 07052
                                    Tel. (973) 736-8660
                                    Tim.donohue@arleodonohue.com
                                    Counsel for Fred Daibes