UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MENENDEZ, et al,<br><br>Defendants. | : : : : : : : : : : : | Case No. 20-CR-00490 |

**ORDER**
**(MOTION TO APPEAR PRO HAC VICE)**

The Motion of Timothy M. Donohue, Esq. for admission to practice Pro Hac Vice in the above-styled cause, is hereby Granted.

Applicant has declared that he is a member in good standing of the bars of the State of New Jersey and the United States District Court of New Jersey.

The applicant's contact information is:

Timothy M. Donohue, Esq.
Arleo & Donohue, LLC
622 Eagle Rock Avenue
West Orange, New Jersey 07052
Tel. (973) 736-8660
Fax. (973) 736-1712
E-mail: Tim.Donohue@arleodonohue.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Fred Daibes in the above-styled case;

IT IS HEREBY ORDERED that the Applicant is admitted to practice Pro Hac Vice in the above-styled case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DONE AND ORDERED IN Chambers in New York, NY on this ___ day of November, 2023.

_____

United States District Judge