UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:23-cr-00490-SHS |
| ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and, FRED DAIBES, | |
| Defendants. | |

### MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying declaration of Roberto Finzi dated December 6, 2023, and pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, the undersigned attorneys, Roberto Finzi and Richard Tarlowe, respectfully request to withdraw as counsel for Defendant Fred Daibes, and to be removed from the Case Management/Electronic Case Files (CM/ECF) notification list for the above-captioned matter. Mr. Daibes has consented to this withdrawal.

Timothy M. Donohue, of the law firm of Arleo & Donohue, LLC, will continue to represent Mr. Daibes in this matter.

Dated: New York, New York
December 6, 2023

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Roberto Finzi
Roberto Finzi
Richard Tarlowe
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
rfinzi@paulweiss.com
rtarlowe@paulweiss.com

December 7, 2023

SO ORDERED:

/s/ Sidney H. Stein
Honorable Sidney H. Stein
United States District Judge

2