UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | : | Case No. 1:23-cr-00490 (SHS) |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | |
| ROBERT MENENDEZ, et als, | : | |
| Defendants. | : | |

**MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4 for the United States District Courts for the Southern and Eastern Districts of New York, the undersigned attorney Timothy M. Donohue, respectfully requests the withdrawal of Arleo & Donohue, LLC, as counsel of record for the defendant, Fred Daibes. As set forth in the accompanying Declaration of Timothy M. Donohue, Cesar DeCastro and Shannon McManus have entered appearances in this matter and will continue as counsel of record for Fred Daibes. Fred Daibes has consented to this withdrawal.

Dated: March 5, 2024

Respectfully submitted,

ARLEO & DONOHUE, LLC.

By: /s/ Timothy M. Donohue
Timothy M. Donohue
622 Eagle Rock Avenue
West Orange, NJ 07052
Tel. (973) 736-8660
Tim.donohue@arleodonohue.com
Counsel for Fred Daibes

Dated: New York, New York
March 5, 2024

SO ORDERED:
_____
Hon. Sidney H. Stein, U.S.D.J.