UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,                :       23-Cr-490 (SHS)

            -v-                          :

ROBERT MENENDEZ, NADINE MENENDEZ,        :       ORDER
WAEL HANA, and FRED DAIBES,
                                         :
            Defendants.
---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      If Mr. Dienst intends to move to seek an unsealing order he should have an attorney do so pursuant to Fed. R. Crim. P. 47 on or before April 5, 2024. *See* ECF Doc. No. 268. Any responses are due by April 10, 2024.

Dated: New York, New York
      April 1, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.