UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -*v.*-<br><br>ROBERT MENENDEZ,<br>WAEL HANA,<br>   a/k/a "Will Hana,"<br>and FRED DAIBES,<br><br>              Defendants. | S4 23 Cr. 490 (SHS)<br><br>VERDICT SHEET |

**VERDICT SHEET**

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**     **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

WAEL HANA:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____     Not Released on Bond _____

**COUNT TWO:**     **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:     Guilty_____     Not Guilty _____

WAEL HANA:     Guilty_____     Not Guilty _____

FRED DAIBES:     Guilty_____     Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond_____     Not Released on Bond _____

**COUNT THREE:**   **Conspiracy to Commit Extortion Under Color of Official Right**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

**COUNT FOUR:**   **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

FRED DAIBES:   Guilty_____   Not Guilty _____

**COUNT FIVE:**   **Bribery – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

**COUNT SIX:**   **Bribery – Actions to Benefit Wael Hana and Egypt**

WAEL HANA:   Guilty_____   Not Guilty _____

FRED DAIBES:   Guilty_____   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____   Not Released on Bond _____

**COUNT SEVEN:**   **Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:   Guilty_____   Not Guilty _____

WAEL HANA:   Guilty_____   Not Guilty _____

FRED DAIBES:   Guilty_____   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond_____   Not Released on Bond _____

**COUNT EIGHT:**    **Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

**COUNT NINE:**    **Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

WAEL HANA:    Guilty _____    Not Guilty _____

**COUNT TEN:**    **Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

**COUNT ELEVEN:**    **Bribery – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

**COUNT TWELVE:**    **Bribery – Actions to Benefit Fred Daibes and Qatar**

FRED DAIBES:    Guilty _____    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond _____    Not Released on Bond _____

**COUNT THIRTEEN:**    **Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:    Guilty _____    Not Guilty _____

FRED DAIBES:    Guilty _____    Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond _____    Not Released on Bond _____

**COUNT FOURTEEN:**   **Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

**COUNT FIFTEEN:**   **Conspiracy For a Public Official to Act as a Foreign Agent**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

WAEL HANA:   Guilty _____   Not Guilty _____

**COUNT SIXTEEN:**   **Public Official Acting as a Foreign Agent**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

**COUNT SEVENTEEN:**   **Conspiracy to Commit Obstruction of Justice**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

**COUNT EIGHTEEN:**   **Obstruction of Justice**

ROBERT MENENDEZ:   Guilty _____   Not Guilty _____

You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July _____, 2024

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

4