UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ROBERT MENENDEZ,
WAEL HANA,
   a/k/a "Will Hana,"
and FRED DAIBES,

                 Defendants.

S4 23 Cr. 490 (SHS)

VERDICT SHEET

## VERDICT SHEET

Please indicate your verdict with a check mark (✓).

**COUNT ONE:**  **Conspiracy to Commit Bribery**

ROBERT MENENDEZ:  Guilty ✓  Not Guilty _____

WAEL HANA:  Guilty ✓  Not Guilty _____

FRED DAIBES:  Guilty ✓  Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count One, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond ✓  Not Released on Bond _____

**COUNT TWO:**  **Conspiracy to Commit Honest Services Wire Fraud**

ROBERT MENENDEZ:  Guilty ✓  Not Guilty _____

WAEL HANA:  Guilty ✓  Not Guilty _____

FRED DAIBES:  Guilty ✓  Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Two, indicate whether he was released on an appearance bond at the time of the offense:

        Released on Bond ✓  Not Released on Bond _____

**COUNT THREE:**  Conspiracy to Commit Extortion Under Color of Official Right

ROBERT MENENDEZ:   Guilty ✓          Not Guilty _____

**COUNT FOUR:**  Conspiracy to Commit Obstruction of Justice

ROBERT MENENDEZ:   Guilty ✓          Not Guilty _____

FRED DAIBES:       Guilty ✓          Not Guilty _____

**COUNT FIVE:**  Bribery – Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:   Guilty ✓          Not Guilty _____

**COUNT SIX:**  Bribery – Actions to Benefit Wael Hana and Egypt

WAEL HANA:         Guilty ✓          Not Guilty _____

FRED DAIBES:       Guilty ✓          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Six, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓      Not Released on Bond _____

**COUNT SEVEN:**  Honest Services Wire Fraud - Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:   Guilty ✓          Not Guilty _____

WAEL HANA:         Guilty ✓          Not Guilty _____

FRED DAIBES:       Guilty ✓          Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Seven, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓      Not Released on Bond _____

**COUNT EIGHT:**   Extortion Under Color of Official Right – Actions to Benefit Wael Hana and Egypt

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

**COUNT NINE:**   Honest Services Wire Fraud - Actions to Benefit Jose Uribe and Uribe's Associates

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

WAEL HANA:   Guilty ✓   Not Guilty _____

**COUNT TEN:**   Extortion Under Color of Official Right – Actions to Benefit Jose Uribe and Uribe's Associates

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

**COUNT ELEVEN:**   Bribery – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

**COUNT TWELVE:**   Bribery – Actions to Benefit Fred Daibes and Qatar

FRED DAIBES:   Guilty ✓   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Twelve, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓   Not Released on Bond _____

**COUNT THIRTEEN:**   Honest Services Wire Fraud – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:   Guilty ✓   Not Guilty _____

FRED DAIBES:   Guilty ✓   Not Guilty _____

If, and only if, you have found FRED DAIBES guilty of Count Thirteen, indicate whether he was released on an appearance bond at the time of the offense:

Released on Bond ✓   Not Released on Bond _____

3

**COUNT FOURTEEN:** Extortion Under Color of Official Right – Actions to Benefit Fred Daibes and Qatar

ROBERT MENENDEZ:    Guilty ✓    Not Guilty _____

**COUNT FIFTEEN:** Conspiracy For a Public Official to Act as a Foreign Agent

ROBERT MENENDEZ:    Guilty ✓    Not Guilty _____

WAEL HANA:    Guilty ✓    Not Guilty _____

**COUNT SIXTEEN:** Public Official Acting as a Foreign Agent

ROBERT MENENDEZ:    Guilty ✓    Not Guilty _____

**COUNT SEVENTEEN:** Conspiracy to Commit Obstruction of Justice

ROBERT MENENDEZ:    Guilty ✓    Not Guilty _____

**COUNT EIGHTEEN:** Obstruction of Justice

ROBERT MENENDEZ:    Guilty ✓    Not Guilty _____

You have completed the verdict form. Please sign the verdict form and return to the courtroom.

New York, New York

July 16, 2024

