UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT MENENDEZ et al.,<br><br>Defendants. | Case No. S4 23-cr-490 (SHS) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the declaration of Avi Weitzman, Esq., dated November 27, 2024, the exhibits attached thereto, the declaration of Henry S. Finkelstein, dated November 27, 2024, and the accompanying Memorandum of Law, Defendant Robert Menendez ("Senator Menendez"), through his undersigned attorneys, respectfully moves this Court, before the Honorable Sidney H. Stein, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order granting Defendant's Supplemental Motion for Vacatur and a New Trial pursuant to Federal Rule of Criminal Procedure 33, or, at minimum, ordering discovery and an evidentiary hearing to determine the scope of the government's propriety and the prejudice caused to Senator Menendez.

PLEASE TAKE FURTHER NOTICE that, by Order of the Court (ECF No. 634), any response shall be filed by December 6, 2024, and any reply shall be filed by 5:00 pm on December 10, 2024.

1

2

Dated: November 27, 2024                                         Respectfully submitted,

                                                                      By: */s/ Adam Fee*

Yaakov M. Roth, *pro hac vice*
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Adam Fee
PAUL HASTINGS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: 1(310) 620-5719
Facsimile: 1(310) 620-5819

Avi Weitzman
Paul C. Gross
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 725-3620

*Attorneys for Defendant Robert Menendez*