UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, WAEL HANA, and
FRED DAIBES,

               Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    In the Opinion & Order dated January 22, 2025 (ECF No. 710), the word "despise" in the fourth paragraph on page 9 should be replaced with the word "despite."

Dated: New York, New York
         January 24, 2025

                                  SO ORDERED:

                                  */s/ Sidney H. Stein*
                                  Sidney H. Stein, U.S.D.J.